## EDGAR SPREITER AND OTHERS v. NATIONAL FARMERS BANK OF KASSON.[1]

December 3, 1937.

No. 31,439.

C. D. *Simpson* and *Sasse, French & Dunnette,* for appellants.
A. H. *Clemens,* for respondent.

PER CURIAM.

This case comes here under the same circumstances as does the case of Spreiter v. National Bank of Dodge County, 201 Minn. 340, 276 N. W. 242, and is controlled by the same considerations.

The order appealed from is affirmed.

[1]Reported in 276 N. W. 243.
[2]Reported in 276 N. W. 232.